L. W. & P. ARMSTRONG, Complainants,

*v.*

ISABEL LOPEZ CRUZ ET AL., Dfts.

JOSE A. LEBRO, Intervener.

San Juan, Equity, No. 1092.

308

Opinion filed January 28, 1924.

*Mr. Jaime Sifre* for complainants.

*Mr. O. B. Frazer* for minor defendants.

*Mr. H. G. Molina* for Albert E. Lee, receiver.

*Mr. Pedro G. Quinones* for Jose A. Lebro.

ODLIN, Judge, delivered the following opinion:

The question presented to this court at this time for decision is a very simple one. The intervener, Lebro, shortly after the litigation in this case began, filed his claim with the receiver and in no way stated that he claimed a priority. Later he was allowed to file a petition of intervention, claiming a priority. Various legal points have been raised by counsel for the receiver, who filed an answer to the petition, the principal defense being that of laches.

It is very clear that as against the other creditors Lebro is not entitled to any priority, but I am satisfied that his claim is superior to any claim whatever of the minor heirs of the deceased Enrique Bird, who died hopelessly insolvent. It appears that there is now in the hands of the receiver a fund amounting to $60,000, which the counsel for the complainants and the

counsel for the minor heirs expect this court later to deliver to said minors. This court has directed the·receiver to hold said fund intact and to pay out no part thereof until the further order of this court. I am satisfied that there are many creditors of the deceased father of these minors who are entitled to be paid, and it is possible that this petitioner Lebro is one of those creditors.

I therefore hold and direct that said Lebro is entitled to no preference as against any other creditor, but he may be entitled to be paid a certain portion of said fund of $60,000, although it is impossible to state at this time what such portion shall be.

It is Further Ordered, that the said receiver continue to hold said sum of $60,000 until the further order of this court, and that no part thereof be paid to any person except upon the order of this court; and it will be determined later what proportion of said $60,000 fund, which said minors expect to receive, shall go to the said intervener Lebro.

To this order counsel for the complainants, counsel for the minor defendants, counsel for the receiver, and counsel for Lebro all except.

Done and Ordered in open court at San Juan, Porto' Rico, this 28th day of January, 1924.